# Court of Appeals
# of the State of Georgia

ATLANTA,  July 14, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1620.   BOYD v. METROPOLITAN ATLANTA RAPID TRANSIT AUTHORITY et al.

This pro se appeal was docketed on March 23, 2020. On June 10, 2020, this Court notified appellant Cleophus Boyd that his initial brief was due by June 30, 2020. As of July 13, 2020, however, Boyd had neither filed an initial brief nor asked for an extension of time to do so. This appeal is therefore DISMISSED. Rule 23 (a) (an appellant's failure to file a brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  07/14/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*